**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-00034-LTB-MEH

THOMAS P. HANSEN,

    Plaintiff,

v.

RAY H. LAHOOD, Secretary, U.S. Department of Transportation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal (Doc 23 - filed August 10, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                      BY THE COURT:

                                                      s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED: August 11, 2011